
FILED
OCT 29 2021
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

RANDY S. GROSSMAN
Acting United States Attorney
JOSEPH J. PURCELL
DYLAN M. ASTE
Assistant U.S. Attorneys
Cal. State Bar Nos. 139231/281341
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
(619) 546-7643/7621
Joseph.Purcell@usdoj.gov
Dylan.Aste@usdoj.gov

BRIAN M. BOYNTON
Acting Assistant Attorney General
JAMIE ANN YAVELBERG
SARA McLEAN
ANTHONY D. GILL
Attorneys, Civil Division
U.S. Department of Justice
175 N Street, N.E.
Washington, DC 20002
(202) 305-2335
Anthony.D.Gill@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KATHRYN MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>SYNERGY ONE LENDING, INC., MUTUAL OF OMAHA MORTGAGE, INC., and MUTUAL OF OMAHA MORTGAGE, LLC.,<br><br>Defendants. | Case No.: 21-CV-0243-AJB (AGS)<br><br>**THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL**<br><br>**FILED UNDER SEAL** |

Relator Kathryn Moore filed a Notice of Dismissal of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action with prejudice

as to Relator and without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of Government resources to pursue or monitor the action based on currently available information.

The United States requests that the Relator's Complaint, the Relator's Notice of Dismissal, this Notice, the Court's Order dismissing this action, and all subsequent filings in this action be unsealed. The United States further requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is provided for the Court.

DATED: October 22, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

RANDY S. GROSSMAN
Acting United States Attorney

*s/Dylan M. Aste*
JOSEPH J. PURCELL
DYLAN M. ASTE
Assistant United States Attorney

JAMIE ANN YAVELBERG
SARA McLEAN
ANTHONY D. GILL
Attorneys, Civil Division

Attorneys for Plaintiff
United States of America