FILED UNDER SEAL
Ronald Karz
State Bar #134764
MUELLER LAW, PLLC
404 W. 7th Street
Austin, Texas 78701
(512) 478-1236
William.hurlock@muellerlaw.com
Attorney for Plaintiffs



FILED
OCT 29 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Kathryn Moore<br><br>Plaintiffs,<br><br>v.<br><br>SYNERGY ONE LENDING, INC., MUTUAL OF OMAHA MORTGAGE, INC, and MUTUAL OF OMAHA MORTGAGE, LLC.,<br><br>Defendants. | Civ. Action No. 3:21-CV-0243-AJB (AGS)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE, that pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Relator in this matter, through undersigned counsel, hereby voluntarily dismisses the above-captioned action with prejudice as to herself and without prejudice as to the United States. As required for voluntary dismissal under Rule 41(a)(1)(A)(i), Defendants have neither filed an answer nor moved for summary judgment. Attorneys for the Relator have conferred with

- 1 -

attorneys for the United States who have indicated that the United States consent to this voluntary dismissal.

October 22, 2021          Respectfully submitted,

/s/ *Ronald Karz*

Ronald Karz
MUELLER LAW, PLLC
404 W. 7th Street
Austin, Texas 78701
(512) 478-1236
william.hurlock@muellerlaw.com

ATTORNEYS FOR RELATOR