

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KATHRYN MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>SYNERGY ONE LENDING, INC., MUTUAL OF OMAHA MORTGAGE, INC., and MUTUAL OF OMAHA MORTGAGE, LLC.,<br><br>Defendants. | Case No.: 21-CV-0243-AJB (AGS)<br><br>**[PROPOSED] ORDER**<br><br>**FILED UNDER SEAL** |

The Relator Kathryn Moore, having filed a Notice of Dismissal of this action, and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice as to Relator Kathryn Moore and without prejudice as to the United States; and

**IT IS FURTHER ORDERED** that the seal shall be lifted upon Relator's Complaint, Relator's Notice of Dismissal, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

**IT IS SO ORDERED.**

DATED: 10/28/21

HON. ANTHONY J. BATTAGLIA
United States District Judge